```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOAN IVAN, et al :  (Plaintiff) : V. : COUNTY OF MIDDLESEX, et al : (Defendant) : : | Civil 03-1703 (WHW) ORDER |

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the Court having received an Affidavit from the plaintiff,

It is on this 18th day of September 2009,

O R D E R E D  that the notice of call for dismissal be withdrawn.

S/ William H. Walls
_____
WILLIAM H. WALLS
United States District Judge