UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN IVAN, ET AL. | Civil Action No. 03-1703 (WHW) |
| Plaintiff(s), | ORDER |
| v. | |
| COUNTY OF MIDDLESEX, ET AL. | |
| Defendant(s). | |

**IT IS** on this 8th day of January, 2010

**ORDERED** that there shall be a telephone status/settlement conference on **January 26, 2010 at 10:30 a.m.** Counsel for Plaintiffs shall initiate the telephone call.

_s/ Claire C. Cecchi_
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**